AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Northern _____ DISTRICT _____ New York _____

**UNITED STATES OF AMERICA**

v.

Ferland'son Desriveaux

**JUDGMENT OF ACQUITTAL**

CASE    1:06-cr-52

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

Frederick J. Scullin, Jr., Senior U.S. District Judge
Name and Title of Judicial Officer

February 20, 2007
Date